UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-3149

UNITED STATES OF AMERICA

v.

JOSE LUIS FLORES-MEJIA, a/k/a JOSE FLORES MEJIA,
a/k/a JOSE LUIS MEJIA, a/k/a/ MANUEL MENDEZ

Appellant

(Crim. No. 2-11-00712-01)

PRESENT: McKEE, <u>Chief</u> Judge, RENDELL, AMBRO, FUENTES, SMITH, FISHER,
CHAGARES, JORDAN, HARDIMAN, GREENAWAY, Jr., VANASKIE,
SHWARTZ, SLOVITER* and ROTH*, <u>Circuit</u> Judges

**ORDER**

A majority of the active judges having voted for rehearing *en banc* in the above

captioned case, it is ordered that the petition for rehearing is GRANTED.

The Clerk of this Court shall list the case for rehearing *en banc* at the convenience

of the Court. The opinion and judgment entered July 19, 2013 are hereby vacated.

By the Court,

 /s/ Theodore A. McKee
Chief Circuit Judge

Date: September 18, 2013

cc: Jeffery W. Whitt, Esq.
    Robert A. Zauzmer, Esq.
    Robert Epstein, Esq.

_____
* will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.